

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2020

No. 04-18-00833-CV

**IN THE INTEREST OF M.A.G. AND Z.A.G., CHILDREN**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017FLI001815 C3
The Honorable Missy Medary, Judge Presiding

## O R D E R

Sitting:      Luz Elena D. Chapa, Justice
                 Beth Watkins, Justice
                 Liza A. Rodriguez, Justice

In the underlying case, the Texas Attorney General sued Abelardo G. Gonzalez for child support. Gonzalez answered and filed a counterclaim against his wife, Ivonne I. Gonzalez, raising issues relating to possession and access. Gonzalez also filed a third-party action against Webb County District Judge Jose A. Lopez, Webb County Sheriff's Department Deputy Ponce Trevino, City of Laredo Police Department Officer Nicolas Lichtenberger, and City of Laredo Police Department Officer Robert Garcia. All four third-party defendants were sued in their official capacities only.

Gonzalez timely appealed the final judgment. The record and Gonzalez's brief have been filed. In his brief, Gonzalez raises issues challenging the orders and judgments disposing of all the claims and third-party claims. The Texas Attorney General (Child Support Division) and Ivonne Gonzalez, pro se, have been apprised of the filing of Gonzalez's brief, but neither filed an appellee's brief. However, it appears that the third-party defendant appellees were not notified by the clerk of this court of the filing of the record or Gonzalez's brief.

We therefore order the appellee's briefs of Webb County District Judge Jose A. Lopez, Webb County Sheriff's Department Deputy Ponce Trevino, City of Laredo Police Department Officer Nicolas Lichtenberger, and City of Laredo Police Department Officer Robert Garcia due **February 26, 2020**. We further order the clerk of this court to send a copy of appellant's brief to counsel for each of the third-party defendant appellees.

It is so **ORDERED** on January 27, 2020.

**PER CURIAM**

ATTESTED TO:

MICHAEL A. CRUZ
CLERK OF COURT

